UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and INTERSCOPE RECORDS, a California general partnership,<br><br>          Plaintiffs,<br><br>v.<br><br>KRISTY DUTEAU<br><br>          Defendant. | CIVIL ACTION No. 04-40165-FDS<br><br>The Hon. F. Dennis Saylor |

### **REQUEST TO ENTER DEFAULT**

TO:  THE CLERK OF THE ABOVE-ENTITLED COURT

      Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.  Declaration of Colin J. Zick ¶ 6.

      Plaintiffs served the Summons and Complaint on Defendant on September 1, 2004, by abode service, as evidenced by the proof of service on file with this Court.  Id. ¶ 2. Plaintiffs have sent Defendant letters on two separate occasions urging Defendant to file a response and advising Defendant that Plaintiffs intended to seek a default judgment.  Id. ¶ 4. Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the

Complaint. Id. ¶ 5. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶ 7-8.

|  |  |
|---|---|
| DATED: 11/5/04 | WARNER BROS. RECORDS INC.; ARISTA RECORDS, INC.; SONY MUSIC ENTERTAINMENT INC.; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; and INTERSCOPE RECORDS<br><br>By their attorneys,<br><br>By: _____<br>Colin J. Zick (BBO No. 556538)<br>Gabriel M. Helmer (BBO No. 652640)<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>Phone: (617) 832-1000<br>Fax:    (617) 832-7000 |

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100

2