AO 440 Summons in a Civil Action

# United States District Court
### DISTRICT OF MASSACHUSETTS

**SUMMONS IN A CIVIL CASE**

WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and INTERSCOPE RECORDS, a California general partnership,

CASE NUMBER:

**04-40165 FDS**

V.

KRISTY DUTEAU

TO:
KRISTY DUTEAU
14 Plantation St., #2
Worcester, MA 01604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

    COLIN J. ZICK
    GABRIEL M. HELMER
    FOLEY HOAG LLP
    155 Seaport Boulevard
    Boston, MA 02210-2600
    PHONE: (617) 832-1000
    FAX:    (617) 832-7000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**
CLERK

(BY) DEPUTY CLERK

DATE 8/20/04

AO 440 Summons in a Civil Action

## RETURN OF SERVICE



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

09/02/2004

I hereby certify and return that on 09/01/2004 at 10:40am I served a true and attested copy of the Summons in a Civil Case and Complaint for Copyright Infringement, Notice to Defendant, Exhibits A & B, Civil Coversheet, Attachment A, Attachment, Attachment A, Corporate Disclosure Statement in this action in the following manner: To wit, by leaving at the last and usual place of abode of KRISTY DUTEAU at 14 PLANTATION ST #2, WORCESTER, MA and by mailing first class mail to the above address on 09/02/2004. Fees: Service 20.00, Travel 19.20, Conveyance 2.00, Attest 10.00 & Postage and Handling 3.00 Total Fees: $54.20

Deputy Sheriff David I Galena

*Deputy Sheriff*

☐ Other (specify) _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                         Signature of Server

_____
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.