UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Warner Bros. Records Inc., et al.,**
       **Plaintiff(s)**

**CIVIL ACTION
NO.04- 40165-FDS**

**V.**

**Kristy Duteau,**
       **Defendant,**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Warner Bros. Records Inc., et al., for an order of default for failure of the Defendant, Kristy Duteau, to plead or otherwise defend as provided By Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 23th day of November 2004.

       **TONY ANASTAS, CLERK**

       **By:  /s/ Martin Castles**
       **Deputy Clerk**

**Notice mailed to: all counsel/parties**
(default.not - 10/96)
       [ntcdflt.]