UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and INTERSCOPE RECORDS, a California general partnership,<br><br>        Plaintiffs,<br><br>v.<br><br>KRISTY DUTEAU<br><br>        Defendant. | CIVIL ACTION No. 04-40165-FDS<br><br>The Hon. F. Dennis Saylor |

## [PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Defendant, Kristy Duteau ("Defendant"), having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and declaration in support thereof, it is hereby ORDERED, ADJUDGED, AND DECREED that:

    1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Seven Hundred Fifty Dollars ($6,750.00).

    2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Two hundred Four Dollars Twenty Cents ($204.20).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "I Got My Baby," on album "Breathe," by artist "Faith Hill" (SR# 276-629);
- "Put Your Lights On," on album "Supernatural," by artist "Santana" (SR# 289-833);
- "We Didn't Start the Fire," on album "Storm Front," by artist "Billy Joel" (SR# 109-420);
- "Father of Mine," on album "So Much for the Afterglow," by artist "Everclear" (SR# 181-328);
- "Black Balloon," on album "Dizzy Up the Girl," by artist "Goo Goo Dolls" (SR# 246-538);
- "Material Girl," on album "Like a Virgin," by artist "Madonna" (SR# 59-442);
- "Come As You Are," on album "Nevermind," by artist "Nirvana" (SR# 135-335);
- "Walkin' On The Sun," on album "Fush Yu Mang," by artist "Smash Mouth" (SR# 238-756);
- "Wishlist," on album "Yield," by artist "Pearl Jam" (SR# 255-869);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of

Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: _____     By:_____
                                                                Hon. F. Dennis Saylor
                                                                United States District Judge